UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATSALIS BROTHERS PAINTING COMPANY,

    Plaintiff,

v.                                                                              Case No.: 15-12054
                                                                                Honorable Victoria A. Roberts

CARBOLINE CORPORATION,

    Defendant.
_____/

### ORDER REGARDING DATES AND SETTING MOTION HEARING

    The Settlement Conference set for March 1, 2017 at 9:30 am is **CANCELLED.  A hearing on Defendant's Partial Motion for Summary Judgment will be held on March 29, 2017 at 2:30 pm.**  In the event the Judge rules from the bench, counsel should be prepared to hold a settlement discussion after the hearing.  Clients must be present.

    Motions in Limine will be due on April 3, 2017; The Final Pretrial Order and Responses to Motions in Limine will be due 4/10; The Final Pretrial Conference will be 4/17 at 2:00 pm.  The Trial date remains unchanged; trial will begin on 4/24.  The Court will enter an Amended Scheduling Order and Amended Order Regarding Joint Final Pretrial Order and Final Pretrial Conference.

    **IT IS ORDERED**.

                                                     /s/ Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated:  February 22, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 22, 2017.

s/Linda Vertriest
Deputy Clerk